# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-1958
LT Case No. 2022-CF-016707-A

———————————————————

JAMES M. TALBERT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Brevard County.
Tesha S. Ballou, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens,
Assistant Public Defender, Daytona Beach, for Appellant.

John M. Guard, Acting Attorney General, Tallahassee, and
Daniel P. Caldwell, Assistant Attorney General, Daytona Beach,
for Appellee.

February 14, 2025

PER CURIAM.

In this appeal that is proceeding under *Anders v. California*,
386 U.S. 738 (1967), we affirm Appellant's convictions and
sentences. However, we remand for the trial court to strike from
the order for costs the sum of $151 that it assessed against
Appellant pursuant to section 938.10(1), Florida Statutes (2021).

Pertinent here, this statute provides that if a person is found guilty of any offense against a minor in violation of chapter 794, Florida Statutes, the court shall impose a court cost of $151 against the offender, in addition to any other cost or penalty required by law. The allegations made by the State in the charging document, plus the evidence presented at trial for the chapter 794 violation of which Appellant was convicted, show that the victim was not a minor.

AFFIRMED; REMANDED with directions.

MAKAR, LAMBERT, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____